**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7130**

_____

YIMOE NITYA SIDDHA,

        Plaintiff - Appellant,

    v.

OFFICE OF THE ATTORNEY GENERAL; COURT REPORTERS' OFFICE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, Senior District Judge.  (No. 1:23-cv-02104-PJM)

_____

Submitted:  February 27, 2024                     Decided:  March 1, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Yimoe Siddha, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yimoe Siddha appeals the district court's order denying his request for a writ of mandamus directing state and county officials to provide Siddha with documents related to his criminal case. As federal courts lack jurisdiction to issue writs of mandamus against state officials, the district court correctly denied Siddha's request. *See Gurley v. Superior Court of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969). Accordingly, we affirm the district court's order. *Siddha v. Off. of the Att'y Gen.*, No. 1:23-cv-02104-PJM (D. Md. Oct. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*